UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ERICH HOWARD,** § | |
| § | |
| **Plaintiff,** § | |
| v. § | CASE NO. 1:21-cv-00866-RP |
| § | |
| **STATE FARM MUTUAL AUTOMOBILE** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| **Defendant,** § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Erich Howard, Plaintiff, by and through his attorney of record, Tyler Churchman, and State Farm Mutual Automobile Insurance Co., Defendant, by and through its attorney of record, R. Ashley Applewhite, and submits this, their Joint Notice of Settlement and respectfully state:

Plaintiff and Defendant have reached a settlement in principle for this matter at mediation with Todd Fine. Plaintiff and Defendant need time to finalize the settlement documents and will submit a Joint Motion to Dismiss with Prejudice as to all parties, all claims, all causes of action and the entire case within thirty (30) days, contingent on completion of the settlement.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant herein pray that the Court suspend all deadlines in this matter allow the parties 30 days to submit a Joint Motion to Dismiss.

Respectfully submitted,


By: ___/s/ *Tyler J. Churchman*_____
 Tyler J. Churchman
 State Bar No.: 24116200
 Thomas J. Henry Injury Attorneys
 512 Starr St
 Corpus Christi, Texas 78401
 Phone: (361) 360-8500
 Fax: (361) 985-0601
 *\*tchurchman-svc@tjhlaw.com*
 **Attorney for Plaintiff**




By: ___/s/ *R. Ashley Applewhite*_____
 R. Ashley Applewhite
 State Bar No.: 24059388
 SKELTON & WOODY PLLC
 248 Addie Roy Road, Suite B-302
 Austin, Texas 78746
 Telephone: (512) 651-7000
 Facsimile: (512) 651-7001
 *\*aapplewhite@skeltonwoody.com*
 **Attorney for Defendant**