IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERICH HOWARD, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-866-RP |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

**ORDER**

On August 10, 2022, Plaintiff Erich Howard and Defendant State Farm Mutual Automobile Insurance Company filed a joint and agreed motion to dismiss with prejudice stating that the parties have resolved their dispute. (Dkt. 11). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 11, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE